# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132382

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WAYNE LAFOUNTAIN,
      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Respondent-Appellee.

SC: 132382
COA: 270072
Muskegon CC: 05-044034-AA

_____/

      On order of the Court, the application for leave to appeal the September 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

s0122